UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-80472-XXXX

NICHOLAS ALLEN BRANDT,

Plaintiff,

Vs.

GASOLINERA, INC D/B/A APOLLO
TRANSPORTATION SERVICES,
REBEKAH L. URBINA, and
RAFAEL M. URBINA.

Defendants.



FILED BY MCB D.C.

MAY 06 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## DEFENDANT RAFAEL M. URBINA REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Fed. R. Civ. P. 34, L.R. 104, RAFAEL M. URBINA defendant, hereby notifies the court of a request for the plaintiff NICHOLAS ALLEN BRANDT to provide the following documents and as part of the Discovery process.

## INSTRUCTIONS

1. Pursuant to Rule 34(b)(2)(B), if you object to a request, the grounds for each objection must be stated with specificity.

2. If, in responding to this Request for Production, the responding party encounters any ambiguities when construing a request or definition, the response shall set forth the matter deemed ambiguous and the construction used in responding.

3. Pursuant to Rule 34(b)(2)(C), an objection must state whether any responsive materials are being withheld on the basis of that objection.

4.     It is intended that this Request will not solicit any material protected either by the attorney/client privilege or by the work product doctrine which was created by, or developed by, counsel for the responding party after the date on which this litigation was commenced.  If any Request is susceptible of a construction which calls for the production of such material, that material need not be provided and no privilege log pursuant to Fed. R. Civ. P. 26(b)(5) or Discovery Guideline 9(a) will be required as to such material.

## **DOCUMENTS REQUESTED**

1. Provide copies of articles of incorporation for Domani Transportation Services, Inc.

2. Provide copies of articles of incorporation for Town 2 Town Transportation, Inc.

3. Produce copies of paychecks, W-2s or 1099's from 2015, 2016, 2017 issued by Domani Transportation Services, Inc to Nicholas A Brandt.

4. Produce copies of paychecks, W-2s or 1099's from 2015-2017 issued by Town 2 Town Transportation, Inc. to Nicholas A. Brandt.

5.  Produce bank statements from 2015, 2016, 2017 and 2018 from the bank accounts belonging to Town 2 Town Transportation, Inc. and Domani Transportation Services, Inc and showing dates and amounts of all checks written by Apollo Transportation Services, .

6. Produce copies of personal Tax returns 2015, 2016 and 2017.

7. Produce copies Domani Transportation Services, Inc. Corporate Tax returns 2015, 2016 and 2017

8. Produce copies of Town 2 Town Transportation, Inc. Corporate Tax returns 2015, 2016 and 2017

9. Please provide Merchant account statements for Domani Transportation Services, Inc. from 2015, 2016 and 2017

10. Please provide Merchant account t statements for Town 2 Town Transportation, Inc. for 2015, 2016 and 2017.

11. Produce copies of all maintenance records for vehicle or vehicles used by Town 2 Town Transportation, Inc and Domani Transportation Services, Inc and used to perform runs for Apollo Transportation Services.

12. Provide ACORD Certificate of Commercial Liability insurance for vehicle or vehicles used by Town 2 Town Transportation, Inc and Domani Transportation Services, Inc and used to perform runs for Apollo Transportation Services.

13. Provide a copy of Facebook business page for Domani Transportation Services, Inc.

14. Provide a copy of Facebook business page for Town 2 Town Transportation, Inc.

15. Provide a copy of Google business listing for Domani Transportation Services, Inc.

16. Provide a copy of Google business listing for Town 2 Town Transportation, Inc.

17. Provide a copy of all marketing material created for Domani Transportation Services, Inc.

18. Provide a copy of all marketing material created for Town 2 Town Transportation, Inc.

Respectfully submitted: May 6th, 2019.

RAFAEL MAURICIO URBINA
9512 Phipps Lane
Wellington, Fl 33414
561-542-4584
mauricio@apollotransportation.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail upon this 6th day of May, 2019 upon the following:

Elliot Ari Kozolchyk
320 S.E. 9th street
Fort Lauderdale, FL 33316

786-924-9929
Fax: 786-358-6071

Email: ekoz@kozlawfirm.com

GASOLINERA, INC D/B/A APOLLO
TRANSPORTATION SERVICES

REBEKAH L. URBINA

RAFAEL M. URBINA.